UNITED STATES of America,
Plaintiff–Appellee,

v.

William Melvin BAIN, Defendant–Appellant.

No. 01–4049.

United States Court of Appeals,
Fourth Circuit.

Submitted July 31, 2001.

Decided Aug. 30, 2001.

Thomas K. Berger, Reston, VA, for appellant. Kenneth E. Melson, United States Attorney, Melvin L. Otey, Special Assistant United States Attorney, Alexandria, VA, for appellee.

Before WILKINS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

William Melvin Bain appeals the district court's judgment and commitment order revoking supervised release and sentencing him to 24 months' imprisonment. We

find that the district court had jurisdiction to conduct the hearing. We further find that Bain's right to a reasonably prompt revocation hearing was not violated. *See United States v. Scott*, 850 F.2d 316, 319–20 (7th Cir.1988). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*